UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHAYA BRAUN,

                     Plaintiff,

v.                                                  **ORDER**

I.C. SYSTEM INC.,                          No. 22-CV-02492 (PMH)

                     Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared in today by telephone for an initial conference. As discussed on the record, to assist the Court in its review of standing in this action, plaintiff is directed to file a letter via ECF by June 21, 2022 advising whether she claims any concrete, particularized injury in fact from the statutory violations alleged herein, and if so, shall set forth such injury/injuries with particularity, supported by plaintiff's affidavit to the extent necessary. If plaintiff does not claim any such concrete injury, in light of the Supreme Court's decision in *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2203 (2021), counsel shall provide any authority or basis for plaintiff to assert standing in this action. Defendant shall file any response thereto within two weeks of plaintiff's filing.

      The Court will separately docket a Civil Case Discovery Plan and Scheduling Order and an order referring the parties to the Court-annexed Mediation Program.

SO ORDERED.

Dated:  White Plains, New York
          May 31, 2022

                                                              _____
                                                               Philip M. Halpern
                                                               United States District Judge